AO 458 (Rev. 5/85) Appearance

# UNITED STATES DISTRICT COURT

FOR THE          DISTRICT OF          PUERTO RICO

UNITED STATES OF AMERICA,                          **APPEARANCE**

v.                                                CASE NUMBER: 98-72 (PG)

LUIS A. ROSADO-JIMENEZ

To the Clerk of this court and all parties of record:

Enter my appearance as **lead counsel** in this case for the United States of America. Any other prior Assistant U.S. Attorney who has filed an appearance form in this case is to be terminated.

| | |
|---|---|
| June 28, 2005 | /s/ Scott H. Anderson |
| *Date* | *Signature* |
| | |
| | *Scott H. Anderson* |
| | *Print Name* |
| | |
| | *350 Torre Chardon, Suite 1201* |
| | *Address* |
| | |
| | *Hato Rey, Puerto Rico 00918* |
| | *City* |
| | |
| | *(787) 766-5656* |
| | Phone Number |

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Ramón García-García, Esq., rmgsm@coqui.net.

     At Hato Rey, Puerto Rico, June 28, 2005.

                                                      s/ Scott H. Anderson  
                                                      Scott H. Anderson  
                                                      U.S.D.C. No. G00214  
                                                      Torre Chardón, Room 1201  
                                                      350 Carlos Chardón Avenue  
                                                      Hato Rey, Puerto Rico  00918  
                                                      Tel: 787-766-5656  
                                                      Fax: 787-771-4050  
                                                      E-mail: scott.anderson@usdoj.gov